Andrew SHERFIELD, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2011–7052.

United States Court of Appeals,
Federal Circuit.

Jan. 12, 2012.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Michael P. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, D.C, argued for respondent-appellee. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Lauren A. Weeman, Trial Attorney. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Michael G. Daugherty, Attorney.

Before PROST, O'MALLEY, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**